**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Peter J. Oakley | Chapter: 7 |
| Debtor, | Case No: 09−12911 |
| | Judge William C. Hillman |

### NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT (OFFICIAL FORM 23)

Notice is hereby given that, subject to limited exceptions, each debtor in a bankruptcy case must complete an approved instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s), or in a joint case, each debtor must complete and file a separate Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.**(Note: If joint debtors, separate certificates must be filed.)**

The debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management, or the Certificate of Completion itself, must be filed with the court before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 or the Certificate of Completion within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23 or the Certificate of Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Date:7/13/09

By the Court,

James M. Lynch
Clerk, U.S. Bankruptcy Court

10

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jul 15, 2009.
db          +Peter J. Oakley,   275 Tree Top Circle,   Marstons Mills, MA 02648-2124
aty         +Peter M. Daigle,   The Law Office of Peter M. Daigle, P. C.,   1550 Falmouth Road,   Suite 10,
             Centerville, MA 02632-2938
ust         +John Fitzgerald,   Office of the US Trustee,   10 Causeway Street,   Boston, MA 02222-1043

The following entities were noticed by electronic transmission.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2009**                          **Signature:**